GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA NEVADA

| | |
|---|---|
| ALFRED DARNELL GREENE and CHRISTOPHER SUASAENG, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI LIMOUSINE, INC.,<br><br>Defendant. | CASE NO.: 2:18-CV-01760-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[FIRST REQUEST]** |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. That Defendant's time to answer or otherwise respond to Plaintiffs' Complaint shall be extended up to and including **October 19, 2018**.

2. That the limitations period for the claims of putative collective action members shall be tolled, meaning Defendant will waive the statute of limitations affirmative defense, by fifteen (15) days from the date putative collective action members file their consent to join this lawsuit.

3. This tolling period does not revive any otherwise untimely claims of putative collective action members.

4. This tolling period is expressly conditioned upon the Court allowing the parties the extension requested herein. Should the Court deny the request, the tolling period shall be null and

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

void and of no effect.

This is the first request for an extension of this deadline. It is sought in good faith and not made for the purposes of delay but to allow counsel sufficient time to marshal the facts relevant to Plaintiff's collective-action allegations and to respond accordingly.

| Dated this 5th day of October, 2018. | Dated this 5th day of October, 2018. |
|---|---|
| GARG GOLDEN LAW FIRM | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP |

By  */s/ Anthony B. Golden*
   ANTHONY B. GOLDEN, ESQ.
   3145 St. Rose Parkway, Suite 230
   Henderson, Nevada 89052
   (702) 850-0202

*Counsel for Defendant*

By  */s/ Don Springmeyer*
   DON SPRINGMEYER, ESQ.
   DANIEL BRAVO
   3556 E. Russel Rd., 2nd Floor
   Las Vegas, NV 89120
   (702) 341-5200

SOMMERS SCHWARTZ, P.C.
   JASON J. THOMPSON, ESQ. (*Pro hac pending*)
   ROD M. JOHNSTON, ESQ. (*Pro hac pending*)
   One Towne Square, Suite 1700
   Southfield, Michigan 48076

*Counsel for Plaintiffs*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 10-15-2018