GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED DARNELL GREENE and CHRISTOPHER SUASAENG, individually, and on behalf of all others similarly situated, | CASE NO.: 2:18-CV-01760-GMN-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| OMNI LIMOUSINE, INC., | **[SECOND REQUEST]** |
| Defendant. | |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1.      That Defendant's time to answer or otherwise respond to Plaintiffs' Complaint shall be extended up to and including **November 2, 2018**.

2.      That the limitations period for the claims of putative collective action members shall be tolled, meaning Defendant will waive the statute of limitations affirmative defense, by a total of 29 days from the date putative collective action members file their consent to join this lawsuit. The 29 days represents the period from the original deadline to respond to Plaintiffs' Complaint through November 2, 2018.

3.      This tolling period does not revive any otherwise untimely claims of putative collective action members.

4.      This tolling period is expressly conditioned upon the Court allowing the parties the

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

extension requested herein. Should the Court deny the request, the tolling period shall be null and void and of no effect.

This is the second request for an extension of this deadline. It is sought in good faith and not made for the purposes of delay but to allow counsel sufficient time to marshal the facts relevant to Plaintiff's collective-action allegations and to respond accordingly.

Dated this 19th day of October, 2018.

GARG GOLDEN LAW FIRM

By  */s/ Anthony B. Golden*
    ANTHONY B. GOLDEN, ESQ.
    3145 St. Rose Parkway, Suite 230
    Henderson, Nevada 89052
    (702) 850-0202

*Counsel for Defendant*

Dated this 19th day of October, 2018.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP

By  */s/ Don Springmeyer*
    DON SPRINGMEYER, ESQ.
    DANIEL BRAVO
    3556 E. Russel Rd., 2nd Floor
    Las Vegas, NV 89120
    (702) 341-5200

SOMMERS SCHWARTZ, P.C.
    JASON J. THOMPSON, ESQ. (*Pro hac pending*)
    ROD M. JOHNSTON, ESQ. (*Pro hac pending*)
    One Towne Square, Suite 1700
    Southfield, Michigan 48076

*Counsel for Plaintiffs*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

        10-19-2018
DATE:_____

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202