GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com
Email: agolden@garggolden.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED DARNELL GREENE and CHRISTOPHER SUASAENG, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI LIMOUSINE, INC.,<br><br>Defendant. | CASE NO.: 2:18-CV-01760-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATON AND COURT-SUPERVISED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(B)**<br><br>**[FIRST REQUEST]** |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. That Defendant's time to respond to Plaintiffs' Pre-Discovery Motion for Conditional Collective Certification and Court-Supervised Notice to Potential Opt-In Plaintiffs Pursuant to 29 U.S.C. § 216(B) (ECF No. 23) (the "Motion") shall be extended from February 19, 2019 to and including **March 5, 2019**.

2. That the limitations period for the claims of putative collective action members shall be tolled, meaning Defendant will waive the statute of limitations affirmative defense, by fourteen (14) days—the time period of the extension agreed to above—from the date putative collective action members file their consent to join this lawsuit.

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 3

3. This tolling period does not revive any otherwise untimely claims of putative collective action members.

4. This tolling period is expressly conditioned upon the Court allowing the parties the extension requested herein. Should the Court deny the request, the tolling period shall be null and void and of no effect.

This is the first request for an extension of this deadline. It is sought in good faith and not made for the purposes of delay. Defendant's counsel's firm lost an attorney recently, which has placed additional work load on the remaining two attorneys, and they have been unable to sufficiently review the facts with Defendant to respond to the Motion by the current deadline. Additionally, counsel for the parties are exploring early resolution options and wish to dedicate

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

time and resources to that effort in the event it can be accomplished prior to the extended deadline requested.

Dated this 14th day of February, 2019.

GARG GOLDEN LAW FIRM

By /s/ Anthony B. Golden
ANTHONY B. GOLDEN, ESQ.
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
(702) 850-0202

*Counsel for Defendant*

Dated this 14th day of February, 2019.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP

By /s/ Don Springmeyer
DON SPRINGMEYER, ESQ.
DANIEL BRAVO
3556 E. Russel Rd., 2nd Floor
Las Vegas, NV 89120
(702) 341-5200

SOMMERS SCHWARTZ, P.C.
JASON J. THOMPSON, ESQ. (*Pro hac pending*)
ROD M. JOHNSTON, ESQ. (*Pro hac pending*)
One Towne Square, Suite 1700
Southfield, Michigan 48076

*Counsel for Plaintiffs*

IT IS SO ORDERED.

Dated this  4  day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT