**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFRED DARNELL GREENE and CHRISTOPHER SUASAENG, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI LIMOUSINE, INC.,<br><br>Defendant. | Case No. 2:18-cv-01760-GMN-VCF<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the terms of the Parties' settlement agreement were fulfilled, and that the above-captioned action is voluntarily dismissed with prejudice.

DATED: May 27, 2025.

| | |
|---|---|
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP | GARG GOLDEN LAW FIRM |
| */s/Royi Moas, Esq.*<br>ROYI MOAS<br>Nevada Bar No. 10686<br>3773 Howard Hughes Parkway, Suite 590-South<br>Las Vegas, NV 89169<br>Tel: (702) 341-5200/Fax: (702) 341-5300<br>rmoas@wrslawyers.com<br><br>SOMMERS SCHWARTZ, P.C.<br>JASON J. THOMPSON<br>*Admitted pro hac vice*<br>One Towne Square, Suite 1700<br>Southfield, Michigan 48076<br><br>Counsel for Plaintiffs and Proposed Class and Collective Members | */s/ Anthony B. Golden, Esq. (w/ consent)*<br>ANTHONY B. GOLDEN<br>Nevada Bar No. 9563<br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052<br>Tel: (702) 987-0202/Fax: (702) 850-0204<br>agolden@antheminjurylaw.com<br><br>Counsel for Defendant Omni Limousine, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2025, a true and correct copy of **STIPULATION OF DISMISSAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/Melissa Shield*
Melissa Shield, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP